

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christina Marie Haynes,    * From the 29th District Court
               of Palo Pinto County,
               Trial Court No. 16011.

Vs. No. 11-19-00129-CR     * August 22, 2019

The State of Texas,      * Per Curiam Memorandum Opinion
               (Panel consists of: Bailey, C.J.,
               Stretcher, J., and Wright, S.C.J.,
               sitting by assignment)
               (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.